NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

09-30

ROBERT KEVIN MCCARTNEY, ET AL.

VERSUS

GEORGE MCCORMICK, ET AL.

************

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 225,011
HONORABLE F. RAE SWENT, DISTRICT JUDGE

************

PER CURIAM

************

Court composed of John D. Saunders, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

**Robert Kevin McCartney**
**Pro Se**
**DWCC   H5B**
**670 Bell Hill Road**
**Homer, Louisiana  71040**
**Plaintiff/Appellant**

**William M. Ford**
**Attorney at Law**
**Post Office Box 12424**
**Alexandria, Louisiana  71315-2424**
**(318) 442-8899**
**Counsel for Defendant/Appellee:**
        **Estate of Dr. George McCormick and**
        **Susan McCormick, Executrix**

**John Franklin Weeks, II**
**Lloyd Fred Schroeder**
**Ursy, Weeks & Matthews**
**1615 Poydras Street, Suite 1250**
**New Orleans, Louisiana  70112**
**(504) 592-4600**
**Counsel for Defendants/Appellees:**
> **Rapides Parish Sheriff Charles F. Wagner, Jr. (as successor to former**
> **Sheriff Earl Hilton)**
> **Clyde Terral**
> **Michael Villard**

**Robert L. Bussey**
**Assistant District Attorney**
**Post Office Box 307**
**Alexandria, Louisiana  71309-0307**
**(318) 449-1937**
**Counsel for Defendants/Appellees:**
> **Rapides Parish District Attorney's Office**
> **Clifford Royce Strider, III**
> **James Buck**
> **Charles Wagner**
> **James Downs**

**Aubrey McCartney**
**Elaine McCartney**
**Pro Se**
**Post Office Box 411**
**Tioga, Louisiana  71477**
**Plaintiffs/Appellants**

**PER CURIAM.**

Plaintiffs, Robert Kevin McCartney, Aubrey McCartney, and Elaine McCartney, all of whom appear in proper person, appeal the October 28, 2008 judgment of the trial court, which, for various reasons, including La.R.S. 15:1184(B),[1] dismissed all of the plaintiffs' claims against all of the defendants with prejudice.

We have thoroughly examined the assignments of error alleged in the plaintiffs' brief and none have any merit. Accordingly, the judgment of the trial court is affirmed in its entirety at plaintiffs' cost.

**AFFIRMED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2–16.3.

_____

[1]Louisiana Revised Statutes 15:1184(B), which is part of the Prison Litigation Reform Act, provides, in pertinent part, that:

> The court, on its own motion or on the motion of a party, shall dismiss any prisoner suit if the court is satisfied that the action is frivolous, is malicious, fails to state a cause of action, seeks monetary relief from a defendant who is immune from such relief, or fails to state a claim upon which relief can be granted. If the court makes a determination to dismiss the suit based on the content, or lack thereof, of the petition, the court may dismiss the underlying claim without first requiring the exhaustion of administrative remedies.

1